UNITED STATES, Appellee

v

JEROME ROBINSON, Fireman Recruit,
U. S. Navy, Appellant

18 USCMA 159, 39 CMR 159

No. 21,742

March 7, 1969

*Lieutenant Donald B. Brant, Jr.,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Commander Walter F. Brown,* JAGC, USN, was on the pleadings for Appellee, United States.

### Opinion of the Court

PER CURIAM:

Government counsel concedes that the procedure followed by the convening authority in the appointment of the court-martial in this case is the same as that determined to be violative of the Uniform Code of Military Justice in United States v McLaughlin, 18 USCMA 61, 39 CMR 61. Accordingly, the findings of guilty and the sentence are set aside. A rehearing may be ordered.